IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
MACON DIVISION

JESSIE ADAMS,                                    *

        Plaintiff,                        *

v.                                                         Case No.   5:26-cv-00024-MTT
                                   *

SERGIO JIMENEZ,

        Defendant.                        *

_____      *

**J U D G M E N T**

Pursuant to this Court's Order dated April 30, 2026, and for the reasons stated therein, JUDGMENT is hereby entered dismissing this case. Plaintiff shall recover nothing of Defendant.

This 30th day of April, 2026.

David W. Bunt, Clerk


s/ Erin Pettigrew, Deputy Clerk